Jeffrey Margulies (*admitted pro hac vice*)
Lauren Shoor (*admitted pro hac vice*)
Eva Y. Yang (*admitted pro hac vice*)
**NORTON ROSE FULBRIGHT US LLP**
555 South Flower Street
Forty-First Floor
Los Angeles, California  90071
Telephone:     (213) 892-9200
Facsimile:      (213) 892-9494
jeff.margulies@nortonrosefulbright.com
lauren.shoor@nortonrosefulbright.com
eva.yang@nortonrosefulbright.com

**LEWIS ROCA ROTHGERBER CHRISTIE LLP**
John C. Gray (State Bar No. 028454)
201 East Washington Street, Suite 1200
Phoenix, AZ 85004
Telephone:     (602) 262-5331
Facsimile:      (602) 262-5747
jgray@lrrc.com

Attorneys for Defendants
Magellan Health Inc. and
Magellan Rx Management, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Carol Dearing, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Magellan Health Inc. and Magellan Rx Management, LLC,<br><br>Defendants. | Civil Action No.  2:20-cv-00747-SPL<br><br>**DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S CLASS ACTION COMPLAINT PURSUANT TO FED. R. CIV. P. 12(B)(1) AND 12(B)(6)**<br><br>**Oral Argument Requested**<br><br>[Filed Concurrently with Memorandum of Points and Authorities; Request for Judicial Notice; Declaration of Jeffrey B. Margulies; and Certificate of Conferral] |

TO THE HONORABLE COURT AND TO ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD:

Defendants Magellan Health Inc. and Magellan Rx Management, LLC, pursuant to Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6), move this Court to dismiss plaintiff Carol Dearing's complaint. This motion is made on the following grounds:

1. Plaintiff fails to establish Article III standing because she fails to allege sufficient facts to show an injury-in-fact that is actual and imminent.

2. Plaintiff fails to state a claim for negligence because there are no plausible allegations of damages.

3. Plaintiff fails to state a claim for negligence per se based on alleged violations of the Federal Trade Commission Act, which does not provide a private right of action and does not proscribe specific acts or conduct.

4. Plaintiff fails to state a claim for breach of implied contract because her allegations are insufficient to establish a contractual relationship between her and Defendants, given the contract with Tennessee under which services were provided to her.

5. Plaintiff fails to state a claim for unjust enrichment because she fails to plead facts sufficient to find it unjust for Defendants to retain any benefits under the contract with Tennessee.

6. Plaintiff fails to state a claim under the Arizona Consumer Fraud Act because: she does not allege any act in connection with a sale or advertisement, and she fails adequately to plead an actionable misrepresentation or omission.

7. Plaintiff fails to state a claim for declaratory relief or injunction, as those are remedies under Arizona law, not causes of action.

This motion is based upon this notice, the concurrently filed Memorandum of Points and Authorities, Request for Judicial Notice, the Declaration of Jeffrey B. Margulies and accompanying exhibits, and any oral argument the Court may entertain.

1 | Dated: June 11, 2020 | JEFFREY MARGULIES
LAUREN SHOOR
EVA Y. YANG
**NORTON ROSE FULBRIGHT US LLP**


By  /s/ Jeffrey Margulies
   JEFFREY MARGULIES
   Attorneys for Defendants
   MAGELLAN HEALTH INC. AND
   MAGELLAN RX MANAGEMENT, LLC