Elaine A. Ryan (AZ Bar #012870)
Carrie A. Laliberte (AZ Bar #032556)
BONNETT, FAIRBOURN, FRIEDMAN
& BALINT, P.C.
2325 E. Camelback Rd., Suite 300
Phoenix AZ 85016
Telephone:    (602) 274-1100
Email:         eryan@bffb.com
               claliberte@bffb.com

Patricia N. Syverson (AZ Bar #020191)
BONNETT, FAIRBOURN, FRIEDMAN
& BALINT, P.C.
600 W. Broadway, Suite 900
San Diego, California 92101
Telephone:    (619) 798-4593
Email:         psyverson@bffb.com

*As local counsel on behalf of:*

John A. Yanchunis (*Admitted Pro Hac Vice*)
Patrick A. Barthle (*To Be Admitted Pro Hac Vice*)
MORGAN & MORGAN
COMPLEX LITIGATION GROUP
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
Telephone:    (813) 223-5505
Email:         jyanchunis@forthepeople.com
               pbarthle@forthepeople.com

Counsel for Plaintiff and the Putative Class
[Additional Counsel on Signature Page]

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA
## PHOENIX DIVISION

| | |
|---|---|
| Carol Dearing, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Magellan Health Inc. and Magellan Rx Management,<br><br>Defendants. | Case No.:  2:20-cv-00747-SPL<br><br>**PLAINTIFF'S MOTION REQUESTING RECONSIDERATION OF ORDER GRANTING MOTION TO DISMISS**<br><br>**Oral Argument Requested**<br><br>[Filed concurrently with Memorandum of Points and Authorities] |

TO THE HONORABLE COURT AND TO ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD:

Plaintiff Carol Dearing, pursuant to Federal Rule of Civil Procedure 60, moves this Court to reconsider its September 3, 2020 Order granting Defendants' Motion to Dismiss ("Order").  This motion is made on the following grounds:

1. Defendants' Motion to Dismiss (D.E. 16 ("Motion")) did not challenge the truth of the allegations in Plaintiff's Complaint; it was based solely on the sufficiency of the allegations.  Thus, the Court was required to accept Plaintiff's allegations as true and construe them in the light most favorable to her.  It did not, and instead erroneously treated Defendants' facial attack on subject matter jurisdiction as a factual attack, made factual findings that contradicted Plaintiff's allegations, and resolved perceived factual disputes in Defendants' favor.

2. The Court also erred in resolving genuinely disputed facts where the question of jurisdiction is dependent on the resolution of merits issues – *i.e.*, to what extent Plaintiff and Class members' personal information was compromised by the data breach.

3. The Court also erred by dismissing Plaintiff's Complaint without seeking evidence from the Parties, allowing jurisdictional discovery to be completed, and/or granting leave to amend.

This motion is based upon this notice, the concurrently filed Memorandum of Points and Authorities, the briefing on Defendants' Motion to Dismiss and the Court's Order granting same, and any oral argument the Court may entertain.

Dated: September 17, 2020     BONNETT, FAIRBOURN, FRIEDMAN
                                                                     & BALINT, P.C.

                                          By: *Carrie A. Laliberte*
                                                   Elaine A. Ryan (AZ Bar #012870)
                                                   Carrie A. Laliberte (AZ Bar #032556)
                                                   2325 E. Camelback Rd., Suite 300

Phoenix AZ 85016
Telephone: (602) 274-1100
eryan@bffb.com
claliberte@bffb.com

Patricia N. Syverson (AZ Bar #020191)
BONNETT, FAIRBOURN, FRIEDMAN &
BALINT, P.C.
600 W. Broadway, Suite 900
San Diego, California 92101
Telephone:(619) 798-4593
psyverson@bffb.com

As local counsel for:

John A. Yanchunis*
Patrick A. Barthle±
MORGAN & MORGAN
COMPLEX LITIGATION GROUP
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
Telephone: (813) 223-5505
jyanchunis@forthepeople.com
pbarthle@forthepeople.com

Joel R. Rhine*
Martin A. Ramey*
RHINE LAW FIRM, P.C.
1612 Military Cutoff Rd., Suite 300
Wilmington, NC 28403
Telephone: (910) 772-9960
jrr@rhinelawfirm.com
mjr@rhinelawfirm.com

Counsel for Plaintiff and the Putative Class
*Admitted *pro hac vice*
±*Pro hac* motion to be filed

**CERTIFICATE OF SERVICE**

I hereby certify that on September 17, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice of such filing to all registered users.

                                      */s/ Carrie A. Laliberte*
                                      Carrie A. Laliberte